JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 88–6542. GATES *v.* VASQUEZ, WARDEN. C. A. 9th Cir. Petition for writ of certiorari and petition for writ of habeas corpus denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 88–6963. CARSETTI *v.* BRONSON, WARDEN. C. A. 1st Cir. Certiorari denied. JUSTICE WHITE dissents from the denial of certiorari.

No. 87–1602. CASTILLE, DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, ET AL. *v.* PEOPLES, 489 U. S. 346;

No. 87–6431. SCHMUCK *v.* UNITED STATES, 489 U. S. 705;

No. 88–900. KERR *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, 488 U. S. 1011;

No. 88–1192. GRAHAM *v.* BETTIS, JUDGE, ET AL., 489 U. S. 1079;

No. 88–1201. HARDEN *v.* BERT ET AL., 489 U. S. 1079;

No. 88–1272. H. K. PORTER CO., INC. *v.* UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, ET AL., 489 U. S. 1096;

No. 88–1310. BRENT *v.* NATIONAL RAILROAD PASSENGER CORPORATION, DBA AMTRAK, ET AL., *ante,* p. 1005;

No. 88–1334. WILLIAMS *v.* UNITED STATES DEPARTMENT OF ENERGY ET AL., 489 U. S. 1082;

No. 88–5952. BILDER *v.* OHIO, 488 U. S. 1044;

No. 88–5961.   COPELAND v. LOUISIANA, 489 U. S. 1091;

No. 88–6096.   AUCOIN v. TENNESSEE, 489 U. S. 1084;

No. 88–6126.   WHITWORTH v. UNITED STATES, 489 U. S. 1084;

No. 88–6247.   HERMAN v. GEER ET AL., 489 U. S. 1030;

No. 88–6393.   WOOMER v. AIKEN, WARDEN, ET AL., 489 U. S. 1091;

No. 88–6401.   MARTIN v. COMMONWEALTH NATIONAL BANK ET AL., *ante*, p. 1008;

No. 88–6420.   PRICE v. MARYLAND, 489 U. S. 1086;

No. 88–6464.   FIXEL v. WHITLEY, WARDEN, 489 U. S. 1087;

No. 88–6503.   MINTON v. SHEET METAL WORKERS LOCAL UNION No. 54, AFL–CIO, ET AL., 489 U. S. 1098;

No. 88–6558.   RITTENOUR v. MARYLAND, 489 U. S. 1088;

No. 88–6575.   LANDES v. YOST, COMMANDANT, UNITED STATES COAST GUARD, *ante*, p. 1009;

No. 88–6647.   GROWNEY v. GROWNEY ET AL., 489 U. S. 1099;

No. 88–6652.   VAN HOOK v. OHIO, 489 U. S. 1100;

No. 88–6672.   DONALD v. GEORGIA, *ante*, p. 1010;

No. 88–6710.   LAURENCO v. SULLIVAN, SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ante*, p. 1010;

No. 88–6746.   LAWRENCE v. UNITED STATES RAILROAD RETIREMENT BOARD, *ante*, p. 1027; and

No. 88–6780.   GOVAN v. WORKERS' COMPENSATION APPEALS BOARD ET AL., *ante*, p. 1011.   Petitions for rehearing denied.

## MAY 18, 1989

No. A–903.   BOYLSTON, ATTORNEY AD LITEM FOR UNBORN CHILD OF T. W. v. T. W.   Dist. Ct. App. Fla., 5th Dist.   Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* denied.   Application for stay, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.   The order heretofore entered by JUSTICE KENNEDY on May 16, 1989, is vacated.

No. A–912.   WILLIS v. ZANT, WARDEN.   Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth